[Sac. No. 5134.  In Bank.—November 28, 1938.]

PROVIDENT LAND CORPORATION (a Corporation), Appellant, v. PROVIDENT IRRIGATION DISTRICT (an Irrigation District) et al., Respondents.

Louis Bartlett and W. S. McGuire for Appellant.

George R. Freeman, Thomas Rutledge and Elmer Laine for Respondents.

Hankins & Hankins, C. F. Metteer, Harry W. Horton, George R. Kirk, Arvin B. Shaw, Jr., A. L. Cowell and Thomas C. Boone, as *Amici Curiae,* on Behalf of Respondents.

THE COURT.—This is a companion case to *Provident Land Corp.* v. *Zumwalt,* Sac. No. 5133 (*ante,* p. 365 [85 Pac. (2d) 116]), this day decided.  The issues raised are identical, and the decision therein is controlling.  For the reasons stated in said case, the judgment is reversed with directions to the trial court to overrule the demurrers and permit defendants to answer if they deem it advisable to do so.

Rehearing denied.